IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN LEON COATES, JR.,**

*Plaintiff,*
v.                                              Case No.: 3:25cv1536-MW/HTC

**T. MCCORVEY,**

*Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. The Report and Recommendation was returned as undeliverable on December 29, 2025, and resent to Plaintiff at the correct address on December 31, 2025. Twenty days have passed since this Court resent the Report and Recommendation and no objections have been filed. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to state a claim under 28

U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1)." The Clerk shall close the file.

**SO ORDERED on January 20, 2026.**

<u>s/Mark E. Walker</u>
**United States District Judge**
